UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY HART,<br><br>        Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 15-cv-05392-TEH<br><br>**ORDER VACATING PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS OF SUIT, AWARD OF DAMAGES AND PRE-JUDGMENT INTEREST** |

The Court is in receipt of Plaintiffs' motion for attorneys' fees and costs under the the Employment Retirement Income Security Act. Civil Local Rule 54-5(a) requires that "[c]ounsel for the respective parties must meet and confer for the purpose of resolving all disputed issues relating to attorney's fees before making a motion for award of attorney's fees." Civ. L.R. 54-5(a). A fees motion must be supported by a declaration or affidavit that includes the following:

> A statement that counsel have met and conferred for the purpose of attempting to resolve any disputes with respect to the motion or a statement that no conference was held, with certification that the applying attorney made a good faith effort to arrange such a conference, setting forth the reason the conference was not held. . . .

Civ. L.R. 54-5(b)(1). Plaintiffs have not provided the Court with such a statement.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for attorneys' fees and costs is VACATED.

2. In accordance with the Local Rules, the parties shall meet and confer regarding Plaintiffs' request for fees and costs. Local Rule 1-5(n) provides that "meet and confer" means to "communicate directly and discuss in good faith the issue(s). . . . [T]his requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation." Civ. L.R. 1-5(n).

3. If the parties are unable to resolve the issues through the meet-and-confer process, Plaintiffs may file a renewed motion for fees and costs that narrows the issues for judicial resolution.

**IT IS SO ORDERED.**

Dated: 6/14/2017

_____
THELTON E. HENDERSON
United States District Judge